IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| MILES E. SCHNAER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 06-05086-CV-SW-DW |
| JUNIOR EDGAR, et al., | ) |
| Defendants. | ) |

## ORDER

Pursuant to the parties' stipulation of dismissal (Doc. 16), the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date:  December 28, 2006